898 F.2d 147
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
Restoney ROBINSON, Plaintiff-Appellant,
v.
James G. MARTIN, Governor; Jacob L. Safron; Judi Campbell;
Graig Hillard; C.M. Mackey; Joseph Pickinsiana;
H.C. Hare, their agency; J. Rich
Leonard, Clerk, Defendants-Appellees.
 No. 89-6411.
 United States Court of Appeals, Fourth Circuit.
 Submitted: Dec. 27, 1989.
Decided: Feb. 15, 1990.
 
 Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Richard C. Erwin, Chief District Judge. (C/A No. 89-775-G)
 Restoney Robinson, appellant pro se.
 M.D.N.C.
 AFFIRMED.
 Before DONALD RUSSELL, PHILLIPS and CHAPMAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 Restoney Robinson seeks to appeal the district court's order denying relief under 42 U.S.C. Sec. 1983. Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, although we grant leave to proceed in forma pauperis, we affirm on the reasoning of the district court. Robinson v. Martin, C/A No. 89-775-G (M.D.N.C. Oct. 13, 1989). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 
 2
 AFFIRMED.